UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ULYSSES ARRIAGA,

        Plaintiff,

   v.

CARRINGTON MORTGAGE SERVICES, LLC,

        Defendant.

Case No. 23-cv-00662-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 19

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: March 7, 2023

WILLIAM H. ORRICK
United States District Judge